IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : : : | |
| Petitioner, | : : | C.A. No. |
| v. | : : | |
| CONNIE CRENSHAW, KENDAL M. HONIE and AARON E. HONIE, | : : : | |
| Claimants. | : | |

**COMPLAINT FOR INTERPLEADER**
**PURSUANT TO 28 U.S.C. § 1335**

Petitioner Life Insurance Company of North America ("Petitioner"), as the insurer of a group life insurance policy through the New Castle County Vocational School (the "School") and, furthermore, as the custodian of the life insurance proceeds related to Policy Number FLX961332 and the deceased insured, Gerald E. Honie, asserts the following:

**Parties**

1.  Petitioner is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its principal place of business located in Philadelphia, Pennsylvania.

2.  Claimant Connie Crenshaw ("Crenshaw") is an adult female residing at 1 Rambleton Drive, New Castle, Delaware, 19720 and, upon information and belief, was the spouse of Gerald Honie.

3.  Claimant Kendal M. Honie ("Ms. Honie") is an adult female residing at 2 Charring Lane, New Castle, Delaware, 19720 and is the daughter of Gerald Honie.

4.  Aaron E. Honie ("Mr. Honie") is an adult male residing at 1936 Lakindal Drive, Machesney Park, Illinois, 61115 and is the son of Gerald Honie.

**Jurisdiction and Venue**

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1335.

6. Venue is proper in this district in accordance with 18 U.S.C. § 1397 as one or more of the claimants reside in this district.

7. Contemporaneously with the filing of this Complaint, Plaintiff has presented a motion to deposit the insurance proceeds with the Clerk of the Court.

**Facts**

8. On or about May 19, 2002, Gerald Honie completed an employee open enrollment form for group term life insurance with the School. On this enrollment form, Gerald Honie designated Crenshaw as the primary beneficiary and Ms. Honie as the contingent beneficiary. (2002 enrollment form attached as Exhibit A).

9. Upon information and belief, Gerald Honie never personally changed his beneficiary elections under the policy.

10. Pursuant to the terms of the group life insurance policy, Petitioner is due to pay Gerald Honie's beneficiary(ies) a total sum of $56,440.50 (the "Insurance Proceeds").

11. On or about September 5, 2007, Gerald Honie executed a durable power of attorney appointing Ms. Honie his attorney-in-fact.

12. On September 10, 2007, Mr. Honie and Ms. Honie submitted an amendment to Gerald Honie's enrollment form through the power of attorney. The September 10, 2007, enrollment form purports to identify Mr. Honie and Ms. Honie as primary co-beneficiaries. (2007 enrollment form attached as Exhibit B). There are no contingent beneficiaries identified.

13. On September 10, 2007, Gerald Honie passed away. (Certificate of Death attached as Exhibit C).

14. Petitioner, in its attempts to identify the rightful beneficiary(ies) entitled to the Insurance Proceeds, has been informed by the Claimants that each believes that they are entitled to at least a part of the Insurance Proceeds.

15. Additionally, one or more of the Claimants has threatened to contest any payment made that would exclude payment to them.

## Count One
## Interpleader

16. Petitioner has no claim and no interest in the Insurance Proceeds and has, at all times, been willing to pay the insurance proceeds to the person or persons entitled to the Insurance Proceeds. However, Petitioner cannot faithfully pay the insurance proceeds to any of the Claimants without an adjudication by this Court or a binding arbitration of Claimants' respective rights.

For the foregoing reasons, Petitioner respectfully requests judgment providing for the following relief:

(A) that Claimants be required to interplead in this action and to settle their respective claims to the Insurance Proceeds now in possession of the Court;

(B) that Claimants be restrained from commencing in any court any action against Petitioner where any of them seek to recover the Insurance Proceeds or any part thereof or to recover from Petitioner any damage from Petitioner's failure to deliver the Insurance Proceeds to them;

(C) Petitioner be forever released and discharged from all liability to Claimants in this cause on account of the matters relating to payment of the Insurance Proceeds; and

WILMINGTON\71072\1  099994.000

(D)    All other relief that the Court deems just and proper.


Dated: November 29, 2007  */s/ Sean J. Bellew*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 295-2000
Fax: (302) 295-2013

# Exhibit A

**New Castle County Vo-Tech School District**
**Employee Open Enrollment Form**
**2002 - 2003**



HONIE, GERALD     State ID : 057767     Location of Employment : HOWARD HS OF TECHNOLOGY

Social Security Number : redacted
Date of Birth : 03/22/45
Number of Pays : 26

State Employed Spouse : No
Current Annual Salary : $30,350.00

Carefully review the following information. If you wish to make any changes to your current level or type of coverage, please do so in the space provided. Note that estimated cost information has been based on your current salary level and is subject to change based on Board Approved salary increases. This form must be completed, signed and returned to the Business Office by Friday, May 17, 2002. All questions related to this Enrollment Form should be directed to Linda Hallock at 995-8027. Please note that any change in marital status and dependents are required to be reported to the State of Delaware within 30 days.

| Current Benefit Coverage | Your Current Choices | Estimated Cost | Coverage modifications? |
|---|---|---|---|
| Health Insurance : | Employee | 0.00 | |
| Health Care Provider : | Blue Care | | |
| If you are changing your provider, please provide the Physicians ID#/Name, if applicable. | | | |
| Physician's ID # : | _____ | Physician's Name: _____ | |
| Dental Insurance : | Employee | 347.28 | |
| Life Insurance : | Yes | 138.55 | |
| Long Term Disability : | Yes | 145.68 | |
| Vision Care : | Employee | 49.80 | |
| Blood Bank : | No | | |
| Estimated Local Benefit Cost : | | $681.31 | |
| Estimated Cost to Employee : | | $0.00 | |

State Life Insurance Coverage    62    [ In thousands ]

Deleflex : Medical Expense Reimbursement Account  0        Dependant Care Account  0

Please complete the following information regarding your current dependents. (Note: If you are changing your health care provider to Coventry or Blue Care, please complete the Physician's ID#/Name section for each dependent.)

**Dependant Information**

| Name | Address | Relationship | Birthdat | Soc Sec | Physician # / Name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**New Castle County Vo-Tech School District**
**Employee Open Enrollment Form**
**2002 - 2003**

HONIE, GERALD

The following is your DISTRICT life insurance beneficiary information. Please review the information carefully and make any changes directly on this form. If there are no beneficiaries showing, please complete the information requested. Note: Benefits are payable in equal shares to the primary beneficiary (ies) shown, if living, otherwise to the named contingent beneficiary (ies) in equal shares, or as otherwise stated.

### Life Insurance PRIMARY Beneficiary (ies)

| Name | Address | Apt # & City | St | Relationship | Birthdat | Soc Sec |
|---|---|---|---|---|---|---|
| CONNIE CRENSHAW | 1- Rambleton Dr | Newcastle | DE | SPOUSE | 1-17-41 | redacted |

### Life Insurance CONTINGENT Beneficiary (ies)

| Name | Address | City | St | Relationship | Birthdat | Soc Sec |
|---|---|---|---|---|---|---|
| Kendall M. Honie | 2- Charring Lane | Newcastle DE 19720 | | Daughter | 3/11/68 | redacted |

**CERTIFICATION (everyone must sign and date)**
By my signature below, I hereby certify the benefit elections I have made on this form. I have completed the required forms necessary to enroll in all the benefit elections I chose. I understand that, by completing and signing the required forms, I am making a binding election with regard to my benefits for the current plan year unless I have a permissible status change as defined by the Internal Revenue Service or I terminate employment with the State of Delaware.

_Gerald Honie_                                           5/14/02
**Employee Signature**                                    **Date**

New Castle Co...
Schoo...

MAY 17 2002

PAYROLL

# Exhibit B

New Castle County Vo-Tech School District
Confirmation Letter for Employee Benefits
2007 - 2008

**HONIE, GERALD**          State ID : 057767    Location

Social Security Number : redacted
Date of Birth : 3/22/45
State Employed Spouse : No                          Current A
Number of Pays : 26

| Current Benefit Coverage | Your Current Choices | Estimated Cost |
|---|---|---|
| Health Insurance Coverage : | Employee | 0.00 |
| Health Insurance Provider : | Blue Care | |
| Dental Insurance : | Employee | 432.00 |
| Life Insurance : | Yes | 116.55 |
| Long Term Disability : | Yes | 45.28 |
| Vision Care : | Employee | 72.72 |
| Blood Bank : | No | |
| Estimated Local Benefit Cost : | | $666.55 |
| Estimated Cost to Employee : | | $0.00 |

**Dependent Information**

| Name | Relationship | Birthdate | Soc Sec | Provider | Health | Dental | Vision |
|---|---|---|---|---|---|---|---|

**District Life Insurance Beneficiary (ies):**

Benefits are payable to the primary beneficiary (ies) shown, if living, otherwise to the named contingent beneficiary (ies), in equal shares or as otherwise stated.

*Primary*

| Name | Address | City | St | Relationship | Birthdate | Soc Sec |
|---|---|---|---|---|---|---|
| ~~CONNIE CRENSHAW~~ | ~~146 DON HAVEN DR.~~ | ~~NEW CASTLE~~ | ~~DE~~ | ~~SPOUSE~~ | ~~1/17/41~~ | |
| Daughter - Kendal M. Honie | 2 Charring lane | New Castle, DE 19720 | | | | redacted |
| Son - Aaron L. Honie | 1936 Lakinside Drive | Machesney Park, IL 61115 | | | | redacted |

*Contingent*

| Name | Address | City | St | Relationship | Birthdate | Soc Sec |
|---|---|---|---|---|---|---|
| ~~KENDALL M. HONIE~~ | ~~2 CHARRING LANE~~ | ~~NEW CASTLE~~ | ~~DE~~ | ~~DAUGHTE~~ | ~~3/11/68~~ | ~~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~~ |

Pending notification from Attorney

12:30 P.M

Sworn to and subscribed before me
this 10th day of Sept A.D. 20 07
my commission expires 9-11-2010

Christine H. Massey
Notary Public

# Exhibit C

**CERTIFICATION OF VITAL RECORD**

OFFICE OF VITAL STATISTICS
CERTIFICATE OF DEATH
State of Delaware
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
(107)
State File Number

1. DECEDENT'S LEGAL NAME: Gerald E. Honie
2. SEX: male
3. SOCIAL SECURITY NUMBER: redacted
4a. AGE-Last Birthday (Years): 62
5. DATE OF BIRTH: 3-22-1945
6. BIRTHPLACE: Wilmington, DE
7a. RESIDENCE-STATE: DE
7b. COUNTY: NewCastle
7c. CITY OR TOWN: NewCastle
7e. ZIP CODE: 19720
7d. STREET AND NUMBER: 2 Charring Lane
8. EVER IN US ARMED FORCES? No
9. MARITAL STATUS AT TIME OF DEATH: Divorced
11. FATHER'S NAME: Leon Honie
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Aileen May
13a. INFORMANT'S NAME: Aaron Honie
13b. RELATIONSHIP TO DECEDENT: son
13c. MAILING ADDRESS: 2 Charring Lane, NewCastle, DE 19720
14. PLACE OF DEATH: Hospice facility
16. FACILITY NAME: Heartland Hospice House
18. CITY OR TOWN, STATE, AND ZIP CODE: Wilmington, DE 19808
17. COUNTY OF DEATH: NewCastle
18. METHOD OF DISPOSITION: Cremation
19. PLACE OF DISPOSITION: Liberty Crematory
20. LOCATION-CITY, TOWN, AND STATE: Philadelphia, PA
21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: The House of Wright Mortuary, 35th Street, Wilm., DE 19802
23. LICENSE NUMBER: 581
24. DATE PRONOUNCED DEAD: 09/10/07
25. TIME PRONOUNCED DEAD: 1250
27. LICENSE NUMBER: LI-0029991
28. DATE SIGNED: 09/10/07
29. ACTUAL DATE OF DEATH: September 10, 2007
30. ACTUAL OR PRESUMED TIME OF DEATH: 1250
31. WAS MEDICAL EXAMINER CONTACTED? No

32. CAUSE OF DEATH:
a. IMMEDIATE CAUSE: Natural causes
b. hepatocellular adenocarcinoma

37. MANNER OF DEATH: Natural

49. DATE CERTIFIED: 9/10/7
50. DATE FILED: SEP 12 2007

L618808

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

## I. (a) PLAINTIFFS
LIFE INSURANCE COMPANY OF NORTH AMERICA

## DEFENDANTS
CONNIE CRENSHAW, KENDAL M. HONIE and AARON E. HONIE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT <u>NEW CASTLE COUNTY, DELAWARE</u>
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sean J. Bellew, Esquire and David A. Felice, Esquire - Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, DE 19801 - (302) 295-200

ATTORNEYS (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury-- Med Malpractice | ☐ 730 Labor/Mgmt. Reporting &Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 365 Personal Injury-- Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending |  | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage |  |  |  |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability |  |  |  |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  |  |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 442 Employment | **Habeas Corpus:** |  |  |  |
| ☐ 443 Housing/Accommodations | ☐ 530 General |  |  |  |
| ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. § 1335

Brief description of cause:
Complaint to interplead life insurance proceeds.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND** $

Check YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES   ☒ NO

## VIII. RELATED CASES(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11/29/2007 | /s/ Sean J. Bellew |

**FOR OFFICE USE ONLY**

RECEIPT# _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.   Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box I or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.   Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.   Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.   Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.   Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
                                Brief Description: Unauthorized reception of cable service

**VII.   Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-778

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85

11/29/07
(Date forms issued)

(Signature of Party or their Representative)

Marcus Robinson
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action