IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>　　　　Petitioner<br><br>v.<br><br>CONNIE CRENSHAW,<br>KENDAL M. HONIE, and<br>AARON E. HONIE<br><br>　　　　Claimants | )<br>)<br>)<br>)　C.A. No.: 07-CV-00778 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### *ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Arthur D. Kuhl, Esquire, on behalf of CONNIE CRENSHAW.

REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire # 3405
1001 N. Jefferson St., Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA )<br>)<br>)<br>      Petitioner )<br>)<br>)<br>v. )<br>)<br>CONNIE CRENSHAW, )<br>KENDAL M. HONIE, and )<br>AARON E. HONIE )<br>)<br>      Claimants ) | C.A. No.: 07-CV-00778 GMS |

### <u>NOTICE OF SERVICE</u>

I certify that I have caused copies of the foregoing Entry of Appearance to be served by efile or US MAIL on December 11, 2007 upon:

Sean J. Bellew, Esquire
Cozen O'Conner
1201 N. Market Street, Suite 1400
Wilmington DE 19801
302-295-2000
Attorney for Petitioner Life Insurance
Company of North America

Kendal Honie
2 Charring Lane
New Castle De 19720

Aaron Honie
1936 Lakindal Drive
Machesney Park IL 61115


REGER, RIZZO, KAVULICH & DARNALL,
LLP

By : <u>/s/ Arthur D. Kuhl, Esquire</u>
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw