IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY ) <br> OF NORTH AMERICA ) <br> ) <br> Petitioner ) <br> ) <br> ) <br> v. ) <br> ) <br> CONNIE CRENSHAW, ) <br> KENDAL M. HONIE, and ) <br> AARON E. HONIE ) <br> ) <br> Claimants ) | C.A. No.: 07-CV-00778 UNA |

### *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Notice of Deposition Duces Tecum to be served by efile or US MAIL on January 7, 2008 upon:

Sean J. Bellew, Esquire
Cozen O'Conner
1201 N. Market Street, Suite 1400
Wilmington DE 19801
302-295-2000
Attorney for Petitioner Life Insurance
Company of North America

Kendal Honie
2 Charring Lane
New Castle De 19720

Aaron Honie
1936 Lakindal Drive
Machesney Park IL 61115


REGER, RIZZO, KAVULICH & DARNALL, LLP

By : */s/ Arthur D. Kuhl, Esquire*
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>  )<br>           Petitioner ) <br>  )<br>  )<br>v. )<br>  )<br>CONNIE CRENSHAW, )<br>KENDAL M. HONIE, and )<br>AARON E. HONIE )<br>  )<br>           Claimants ) | C.A. No.: 07-CV-00778 UNA |

### NOTICE OF DEPOSITION DUCES TECUM

TO:   Sean J. Bellew, Esquire             Kendal Honie
      Cozen O'Conner                      2 Charring Lane
      1201 N. Market Street, Suite 1400   New Castle, DE 19720
      Wilmington DE 19801
      302-295-2000
      Attorney for Petitioner Life
      Insurance Company                   Aaron Honie
      of North America                    1936 Lakindal Drive
                                          Machesney Park IL 61115

   PLEASE TAKE NOTICE that the undersigned will take the records depositions of the following on Friday, February 1, 2008, at 10:00 a.m. in the offices of Arthur D. Kuhl, Esquire, Reger Rizzo Kavulich & Darnall LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware 19801:

   1. Christiana Care Health Services
   2. Heartland Hospice House
   3. Manor care Health Services
   4. Minnesota Life Insurance Co.

                              REGER, RIZZO, KAVULICH & DARNALL, LLP

                              By : /s/ *Arthur D. Kuhl, Esquire*
                              Arthur D. Kuhl, Esquire, # 3405
                              1001 Jefferson Street
                              Suite 202
                              Wilmington DE 19801
                              302-652-3611
Dated: January 7, 2008        Attorney for Connie Crenshaw