IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | )<br>)<br>) | |
| Petitioner | )<br>)<br>) | C.A. No.: 07-CV-00778 UNA |
| v. | )<br>)<br>) | |
| CONNIE CRENSHAW,<br>KENDAL M. HONIE, and<br>AARON E. HONIE | )<br>)<br>)<br>) | |
| Claimants | ) | |

### *CLAIMANT CRENSHAW'S REQUEST FOR PRODUCTION DIRECTED TO PETITIONER*

Claimant Connie Crenshaw requests the Petitioner to produce for examination and copying at the office of the attorney for the Claimant on or before thirty (30) days from the date of receipt of this request, the following items:

1. Copy of complete life insurance claims file of Gerald Honie, Deceased, including a copy of the Power of Attorney.

REGER, RIZZO, KAVULICH & DARNALL, LLP

By : */s/ Arthur D. Kuhl, Esquire*
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw

Dated: January 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | ) <br> ) <br> ) | |
| Petitioner | ) <br> ) <br> ) | C.A. No.: 07-CV-00778 UNA |
| v. | ) <br> ) | |
| CONNIE CRENSHAW,<br>KENDAL M. HONIE, and<br>AARON E. HONIE | ) <br> ) <br> ) <br> ) | |
| Claimants | ) | |

### *NOTICE OF SERVICE*

I certify that I have caused copies of Claimant Crenshaw's Request for Production Directed to Petitioner to be served by e-file or US MAIL on January 8, 2008 upon:

| | |
|---|---|
| Sean J. Bellew, Esquire<br>Cozen O'Conner<br>1201 N. Market Street, Suite 1400<br>Wilmington DE 19801<br>302-295-2000<br>Attorney for Petitioner Life Insurance<br>Company of North America | Kendal Honie<br>2 Charring Lane<br>New Castle De 19720<br><br>Aaron Honie<br>1936 Lakindal Driv<br>Machesney Park IL 61115 |

REGER, RIZZO, KAVULICH & DARNALL, LLP

By : */s/ Arthur D. Kuhl, Esquire*
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw