IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Petitioner, <br><br> v. <br><br> CONNIE CRENSHAW, KENDAL M. HONIE, and AARON E. HONIE, <br><br> Claimants. | ) <br> ) <br> ) 07-CV-00778 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Benjamin C. Wetzel, III, Esquire, on behalf of the claimants, Kendal M. Honie and Aaron E. Honie, in the above-captioned matter. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendants. Defendants specifically reserve all rights to raise jurisdictional or service or statute of limitations defects which may be available.

                                                WETZEL & ASSOCIATES, P.A.

                                                /s/ Benjamin C. Wetzel, III
                                                _____
                                                Benjamin C. Wetzel, III (#985)
                                                The Carriage House, Suite 201
                                                1100 North Grant Avenue
                                                Wilmington, Delaware 19805
                                                Attorney for Defendants Honie

Dated: January 31, 2008

## **CERTIFICATE OF SERVICE**

      I, Benjamin C. Wetzel, III, hereby certify that on this 31st day of January, 2008, two copies of the within Entry of Appearance were e-filed through Lexis/Nexis:

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Street
Suite 202
Wilmington, DE 19808

                                                /s/ Benjamin C. Wetzel, III
                                                _____
                                                Benjamin C. Wetzel, III