IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Petitioner, <br><br> v. <br><br> CONNIE CRENSHAW, KENDAL M. HONIE, and AARON E. HONIE, <br><br> Claimants. | ) <br> ) <br> ) 07-CV-00778 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ANSWER

### Parties

1. Admitted.

2. Denied.

3. Admitted.

4. Admitted, except that it is Lakindale Drive.

### Jurisdiction and Verue

5. Answering defendants are without knowledge or information sufficient to form a belief to the truth of the averment.

6. Admitted.

7. Admitted.

### Facts

8. Answering defendants are without knowledge or information sufficient to form a belief to the truth of the averment.

9. Denied.

10. Admitted.

11. Admitted.

12. Denied as stated. Admitted that Ms. Honie submitted a change in beneficiary form on or about September 5, 2007.

13. Admitted.

14. Answering defendants are without knowledge or information sufficient to form a belief to the truth of the averment. Answering defendants believe they are the only parties eligible for the life insurance benefits at issue.

15. Admitted.

## Count I/Interpleader

16. Admitted.

## Answer to Cross-Claim

17. Answering defendants incorporate herein by reference their answers to paragraphs 1 through 16 above.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Admitted.

23. Denied as stated. Admitted that defendant Honie exercised a change in beneficiary pursuant to the Power of Attorney on or about September 5, 2007.

24. Denied as stated. Admitted only that they co-owned a home.

25. (a)-(e) Denied.

## Count II

26. Answering defendants incorporate herein by reference their answers to paragraphs 1 through 25 above.

27. Denied.

(26) Denied.

(27) Denied.

28. Denied.

29. Denied.

30. Denied.

WHEREFORE, answering defendants demand that the cross-claim be dismissed, with costs assessed to co-defendant Crenshaw.

                                        WETZEL & ASSOCIATES, P.A.

                                        /s/ Benjamin C. Wetzel, III

                                        Benjamin C. Wetzel, III (#985)
                                        The Carriage House, Suite 201
                                        1100 North Grant Avenue
                                        Wilmington, Delaware 19805
                                        Attorney for Defendants Honie

Dated: February 4, 2008

## CERTIFICATE OF SERVICE

I, Benjamin C. Wetzel, III, hereby certify that on this 4th day of February, 2008, I electronically filed an Answer on behalf of defendants, Kendal M. Honie and Aaron E. Honie and served the following individuals through the same process:

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Street
Suite 202
Wilmington, DE 19808

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

/s/ Benjamin C. Wetzel, III
_____
Benjamin C. Wetzel, III