IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Petitioner,<br><br>v.<br><br>CONNIE CRENSHAW, KENDAL M.<br>HONIE and AARON E. HONIE,<br><br>      Claimants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-778-GMS<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 8, 2008, *Petitioner's Responses to Claimant Crenshaw's Request for Production Directed to Petitioner* were served upon the following parties in the manner indicated:

*Via Hand Delivery*
Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich & Darnall, LLP
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

*Via First Class Mail*
Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Dated: February 8, 2008

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013
*Attorneys for Petitioner*

WILMINGTON\73642\1 215771.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : : : |
| Petitioner, | : : |
| v. | : C.A. No. 07-778-GMS |
| CONNIE CRENSHAW, KENDAL M. HONIE and AARON E. HONIE, | : : : |
| Claimants. | : : |

**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, Esquire, do hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich & Darnall, LLP
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Sean J. Bellew (#4072)