IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY ) <br> OF NORTH AMERICA ) <br> ) <br>       Petitioner ) <br> ) <br> v. ) <br> ) <br> CONNIE CRENSHAW, ) <br> KENDAL M. HONIE, and ) <br> AARON E. HONIE ) <br> ) <br>       Claimants ) | C.A. No.: 07-CV-00778 GMS |

### *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Requests for Admissions to Claimants Kendal M. Honie and Aaron E. Honie to be served by efile and/or US MAIL on February 21, 2008 upon:

Sean J. Bellew, Esquire
Cozen O'Conner
1201 N. Market Street, Suite 1400
Wilmington DE 19801
302-295-2000
Attorney for Petitioner Life Insurance
Company of North America

Benjamin Wetzel, III, Esquire
The Carriage House
1100 N. Grant Ave., Ste. 201
Wilmington, DE 19805
Attorney for Claimants
Kendal M. Honie and Aaron E. Honie

REGER, RIZZO, & DARNALL, LLP

By : */s/ Arthur D. Kuhl, Esquire*
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Connie Crenshaw