IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | )<br>)<br>) 07-CV-00778 GMS |
| Petitioner, | )<br>) |
| v. | )<br>) |
| CONNIE CRENSHAW, KENDAL M. HONIE, and AARON E. HONIE, | )<br>)<br>) |
| Claimants. | ) |

## NOTICE OF DEPOSITIONS *DUCES TECUM*

TO:  Sean J. Bellew, Esquire                    Arthur Kuhl, Esquire
     Cozen O'Connor                             Reger Rizzo & Darnall LLP
     Chase Manhattan Centre                     1001 N. Jefferson Street, Suite 202
     1201 N. Market St., Suite 1400             Wilmington, DE 19801
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition *Duces Tecum* of the following Records Custodians on Monday, March 31, 2008 beginning at 11:00 a.m. in the offices of Wetzel & Associates, The Carriage House, 1100 N. Grant Avenue, Suite 201, Wilmington, DE 19805:

- New Castle County Vocational Technical School District;
- New York Life Insurance Company.

                                    WETZEL & ASSOCIATES, P.A.

                                    /s/ Natalie M. Ippolito
                                    Benjamin C. Wetzel, III (I.D. No. 985)
                                    Natalie M. Ippolito (I.D. No. 3845)
                                    The Carriage House, Suite 201
                                    1100 N. Grant Avenue
                                    Wilmington, DE 19805
                                    (302) 652-1200
                                    nippolito@wetzellaw.com
                                    *Attorneys for Defendants Kendal M. Honie*
Dated: March 10, 2008               *and Aaron E. Honie*

## **CERTIFICATE OF SERVICE**

      I, Benjamin C. Wetzel, III, hereby certify that on this 11th day of March, 2008, I electronically e-filed through Lexis/Nexis the Notice of Depositions Duces Tecum to the following:

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Street
Suite 202
Wilmington, DE 19808

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

/s/ Benjamin C. Wetzel, III
_____
Benjamin C. Wetzel, III