IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) 07-CV-00778 GMS |
| Petitioner, | ) ) |
| v. | ) ) |
| CONNIE CRENSHAW, KENDAL M. HONIE, and AARON E. HONIE, | ) ) ) |
| Claimants. | ) |

## NOTICE OF SERVICE

TO:  Sean J. Bellew, Esquire           Arthur Kuhl, Esquire
     Cozen O'Connor                     Reger Rizzo & Darnall LLP
     Chase Manhattan Centre             1001 N. Jefferson Street, Suite 202
     1201 N. Market St., Suite 1400     Wilmington, DE 19801
     Wilmington, DE 19801

PLEASE TAKE NOTICE that Defendants Kendal M. Honie and Aaron E. Honie's Responses to Connie Crenshaw's Request for Admissions was served via Lexis Nexis e-file this 19th day of March 2008.

WETZEL & ASSOCIATES, P.A.

*/s/ Natalie M. Ippolito*
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com
*Attorneys for Defendants Kendal M. Honie and Aaron E. Honie*

Dated: March 19, 2008

**CERTIFICATE OF SERVICE**

      I, Natalie M. Ippolito, do hereby certify that a copy of the within Notice of Service served via Lexis Nexis e-file this 19th day of March 2008 on the following:

| | |
|---|---|
| Sean J. Bellew, Esquire | Arthur Kuhl, Esquire |
| Cozen O'Connor | Reger Rizzo & Darnall LLP |
| Chase Manhattan Centre | 1001 N. Jefferson Street, Suite 202 |
| 1201 N. Market St., Suite 1400 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |

                              */s/ Natalie M. Ippolito*_____
                                     Natalie M. Ippolito