IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　Petitioner,<br><br>v.<br><br>CONNIE CRENSHAW, KENDAL M. HONIE, and AARON E. HONIE,<br><br>　　　Claimants. | )<br>)<br>) 07-CV-00778 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CLAIMANTS KENDAL M. HONIE AND AARON E. HONIE'S
RESPONSES TO CLAIMANT CONNIE CRENSHAW'S REQUEST FOR ADMISSIONS**

　　　1.　　A General Durable Power of Attorney was executed on September 5, 2007 by Gerald Honie, now deceased.

**RESPONSE: Admitted.**

　　　2.　　The subject Power of Attorney appointed Kendal M. Honie as the primary Attorney in Fact and Aaron E. Honie as the alternate Attorney in Fact.

**RESPONSE: Denied.**

　　　3.　　The Power of Attorney did not relieve either Kendal M. Honie or Aaron E. Honie of their fiduciary duties to Gerald Honie, nor permitted them to make gratuitous transfers.

**RESPONSE: Admitted that the Power of Attorney did not relieve either Kendal M. Honie or Aaron E. Honie of their fiduciary duties to Gerald Honie; the balance of the request is denied.**

　　　4.　　Pursuant to the subject Durable General Power of Attorney, Aaron E. Honie, as alternate Attorney in Fact, was authorized to execute his Power of Attorney only in the event of

the death, unwillingness, or inability to act at any time by the primary Attorney in Fact, Kendal M. Honie.

**RESPONSE: Denied.**

    5.    At no time from the execution of this Power of Attorney on September 5, 2007 until the death of Gerald Honie on September 10, 2007, did Kendal M. Honie refuse to act as Attorney in Fact nor was she unwilling or unable to so act at any time as Attorney in Fact.

**RESPONSE: Denied that Kendal M. Honie was appointed the sole Attorney in Fact.**

    6.    On September 10, 2007 at 12:30 p.m., an attempted change of the beneficiary designation for life insurance benefits to be paid by the Petitioner from Connie Crenshaw to Kendal M. Honie and Aaron E. Honie was made by Aaron E. Honie as alternate Attorney in Fact.

**RESPONSE: Denied.**

    7.    The date and time of death of Gerald Honie is September 10, 2007, at 12:50 p.m.

**RESPONSE: Admitted.**

    8.    In the ten (10) days prior to his death on September 10, 2007, Gerald Honie's mental status can be described as often confused, and lethargic and non-responsive.

**RESPONSE: Objection – relevance. On September 5, 2007 there is no indication that Gerald Honie's mental status was described as confused.**

    9.    On or before September 10, 2007, Kendal M. Honie and/or Aaron E. Honie also attempted to change the beneficiary designation from Connie Crenshaw to themselves on a life insurance policy issued by Minnesota Life Insurance Company and/or New York Life Insurance Company.

**RESPONSE: Denied.**

                WETZEL & ASSOCIATES, P.A.

                /s/ Natalie M. Ippolito
                Benjamin C. Wetzel, III (I.D. No. 985)
                Natalie M. Ippolito (I.D. No. 3845)
                The Carriage House, Suite 201
                1100 N. Grant Avenue
                Wilmington, DE 19805
                (302) 652-1200
                nippolito@wetzellaw.com
                *Attorneys for Claimants Kendal M. Honie*
                *and Aaron E. Honie*

Dated:  March 19, 2008

**CERTIFICATE OF SERVICE**

      I, Benjamin C. Wetzel, III, hereby certify that on this 11th day of March, 2008, I electronically e-filed through Lexis/Nexis the Notice of Depositions Duces Tecum to the following:

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Street
Suite 202
Wilmington, DE 19808

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

                                            /s/ Benjamin C. Wetzel, III
                                            _____
                                            Benjamin C. Wetzel, III