IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA )<br>)<br>)<br>Petitioner )<br>v. )<br>)<br>CONNIE CRENSHAW, KENDAL M. HONIE, and )<br>AARON E. HONIE )<br>)<br>Claimants ) | C.A. No.: 07-CV-00778 GMS |

## STIPULATION

It is hereby agreed to and stipulated between the parties, through counsel that, as to the beneficiary of certain life insurance benefits on a policy issued by Life Insurance Company of North America to a Gerald Honie, now deceased, the parties have agreed to apportion the benefits with Connie Crenshaw receiving 65% of the current value of the policy with Kendal M. Honie and Aaron E. Honie jointly receiving 35% of the current value of the policy, with each party to bear their own costs and expenses or fees. It is So Agreed:

REGER RIZZO & DARNALL, LLP

By: _____
Arthur D. Kuhl, Esquire # 3405
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
302-652-3611
Attorney for Connie Crenshaw

WETZEL & ASSOCIATES

By: _____
Benjamin C. Wetzel, III, Esquire (#985)
The Carriage House
Suite 201
Wilmington, DE 19805
Attorney for Aaron Honie and Kendal Honie

COZEN O'CONNER

By: _____
Sean J. Bellew, Esquire  4072
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
302-295-2000
Attorney for Petitioner Life Insurance
Company of North America


RECEIVED JUN 19 2008 RRKD



**Reger Rizzo & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX:  302.652.3620
www.regerlaw.com

ARTHUR KUHL, ESQUIRE
E-MAIL: akuhl@regerlaw.com

June 19, 2008

**VIA E-FILING**

Clerk of the Court
U.S. District Court for the District of Delaware
844 King Street, Room 4209
Wilmington, DE  19801

    Re:    <u>Life Ins. Co. of North America v. Crenshaw and Honie</u>
           C.A. No.:  07-CV-00778 GMS
           Our File No.:  07-1168

Dear Clerk of the Court:

    I represent Defendant, Connie Crenshaw, in the above captioned interpleader action in which Defendants, Kendal and Aaron Honie, are represented by Benjamin Wetzel, Esquire.

    I wish to advise the Court that the matter has resolved, and the interpled funds may now be distributed.

    A Stipulation apportioning the fund is attached and was filed along with this letter.

    In summary, 65% of the funds will be distributed to Defendant, Crenshaw.  Please make that check payable to Reger Rizzo & Darnall LLP, 1001 Jefferson Street Plaza, Suite 202, Wilmington, Delaware 19801.

    The remaining 35% of the funds will be distributed to Defendants Honie. Please make that check payable to Wetzel & Associates, The Carriage House, Suite 201, 1100 North Grant Avenue, Wilmington, Delaware 19805.

    Once the funds are distributed, we will file a Stipulation of Dismissal.

    Thank you.  Please call if there are any questions.

                            Very Truly Yours;

                            REGER RIZZO & DARNALL LLP

                            */s/ Arthur D. Kuhl, Esquire*
/adk                     Arthur D. Kuhl, Esquire (Bar #3405)
Enclosure
cc:    Benjamin C. Wetzel, III, Esquire (w/encl. via e-filing)

Re:
June 19, 2008
Page 2

    Sean Bellew, Esquire (w/encl. via e-filing)
    Connie Crenshaw (w/encl. via first class mail)