IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA | ) | |
| | ) | |
|     Petitioner | ) | C.A. No.: 07-CV-00778 GMS |
| v. | ) | |
| | ) | |
| CONNIE CRENSHAW, KENDAL M. HONIE, and | ) | |
| AARON E. HONIE | ) | |
| | ) | |
|     Claimants | ) | |

## ORDER

IT IS HEREBY ORDERED that the monies interpled to the Court as agreed to by the parties shall be distributed as follows:

Connie Crenshaw shall receive 65% of the current value of the policy including accrued interest. The disbursement check shall be made payable to Reger Rizzo & Darnall, LLP, EIN 23-2675700.

Kendal M. Honie and Aaron E. Honie shall jointly receive 35% of the current value of the policy including accrued interest. The disbursement check shall be made payable to Wetzel & Associates, EIN 33-1087272.

IT IS SO ORDERED on this ___4th___ day of July, 2008

_____
Chief Judge Gregory M. Sleet

**FILED**
JUL -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE